# NO. 12-22-00163-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *AMAZON SERVICES, LLC AND KENZIE'S OPTICS, INC., APPELLANTS* | § | *APPEAL FROM THE 159TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *BENJAMIN D. WINSTON, II, APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants, Amazon Services, LLC and Kenzie's Optics, Inc., filed an unopposed motion to dismiss this appeal, stating that they no longer wish to pursue the appeal. Appellants' motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered November 9, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 9, 2022**

**NO. 12-22-00163-CV**

**AMAZON SERVICES, LLC AND KENZIE'S OPTICS, INC.,**
Appellants
V.
**BENJAMIN D. WINSTON, II,**
Appellee

Appeal from the 159th District Court
of Angelina County, Texas (Tr.Ct.No. CV-01103-21-06)

THIS CAUSE came on to be heard on the unopposed motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*